IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE ROBERT THREE FINGERS,<br><br>Defendant. | CR 20-131-BLG-SPW<br><br>ORDER |

Pursuant to the request of the Bureau of Prisons at the Federal Detention Center–SeaTac for an extension of time to complete the evaluation and report, and for good cause being shown,

IT IS HEREBY ORDERED that,

1. The facility is granted an extension of time in which to complete the evaluation and file the final report on Defendant Antoine Robert Three Fingers in order to determine his competency to proceed in this matter.

2. The FDC-SeaTac shall continue to provide updates to the Court as to the progress of the evaluation study.

3. The final report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

1

4. All time from the date of this Order until the date of the Court's determination as to Antoine Robert Three Fingers' competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

5. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 1st day of March, 2021.

SUSAN P. WATTERS
United States District Judge