IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ANTOINE ROBERT<br>THREEFINGERS,<br><br>              Defendant. | CR 20-131-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulation Re: Competency and Request to Vacate Competency Hearing (Doc. 26), wherein the parties stipulate to the findings and conclusions contained within the report completed by Forensic Unit Psychologist, Cynthia A. Low, Ph.D, as to Mr. Threefingers' competency to stand trial,

**IT IS HEREBY ORDERED** that Defendant Antoine Robert Threefingers is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS FURTHER ORDERED** that the competency hearing presently set for Thursday, April 29, 2021 at 9:30 a.m. is **VACATED**.

The Court will set a new trial date by a separate scheduling Order.

DATED this _26th_ day of April, 2021.

SUSAN P. WATTERS
United States District Judge