IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTOINE ROBERT<br>THREEFINGERS<br><br>　　　　　　　Defendant. | CR 20-131-BLG-SPW<br><br><br>ORDER |

IT IS HEREBY ORDERED that all parties in the trial of the above-matter, including counsel, jurors, witnesses, court staff and spectators shall be required to wear a mask throughout the proceedings in this matter, which are set to begin on Monday, September 13, 2021 at 9:00 a.m. The parties shall wear a mask upon entering the James F. Battin U.S. Courthouse.

The Clerk of Court is directed to notify counsel and the Court Security Officers of the making of this Order.

DATED this 10th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　*Susan P. Watters*
　　　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　　　United States District Judge