IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE ROBERT THREEFINGERS,<br><br>Defendant. | CR 20-131-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

The United States has filed an unopposed motion for preliminary order of forfeiture of a firearm and ammunition. (Doc. 85).

WHEREAS, in the superseding indictment in the above case, the United States sought forfeiture of property from the above-captioned person, pursuant to 18 U.S.C. § 924(d), of any firearms and ammunition involved in any knowing violation of Counts I-V, VII, or VIII;

AND WHEREAS, on September 17, 2021, the defendant was convicted following a jury trial of counts I, III, IV, and VII of the superseding indictment. (*See* Doc. 75.)   Following the jury verdict, Threefingers conceded the above forfeiture of the firearm and ammunition and agreed to the entry of forfeiture. (*See*

1

Doc. 73.) The forfeiture related to the four offenses of conviction contemplates the forfeiture of Threefingers' right, title, and interest in the firearm and ammunition described below:

- A Colt MKIV Series 80, .45 Caliber Pistol, SN: FA37949 with magazine.

- Ammunition including .45 caliber, .223 caliber, 300 Win, 12-gauge shotgun rounds, 9mm caliber, and other miscellaneous ammunition located in the defendant's red Dodge Dart.

AND WHEREAS, by virtue of said guilty verdict, the United States is now entitled to possession of the property described above, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the finding of guilty by the jury as to counts I, III, IV, and VII of the superseding indictment, and based upon the defendant's concession and agreement to entry of forfeiture as to the above-described firearm and ammunition, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. That the aforementioned forfeited property is to be held by the United States, particularly the Federal Bureau of Investigation United States and/or the United States Marshals Service, in its secure custody and control.

3. THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4. THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 24th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge