IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE ROBERT THREEFINGERS,<br><br>Defendant. | CR 20-131-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Counts VI and VIII of the Superseding Indictment Without Prejudice (Doc. 87), and for good cause shown,

IT IS HEREBY ORDERED that Counts VI and VIII of the Superseding Indictment are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 29th day of September, 2021.

SUSAN P. WATTERS
United States District Judge

1