IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE ROBERT THREEFINGERS,<br><br>Defendant. | CR 20-131-BLG-SPW<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 95). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on September 24, 2021;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS THEREFORE ORDERED that:

1. The motion for final order of forfeiture is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- A Colt MKIV Series 80, .45 Caliber Pistol, SN: FA37949 with magazine;

- Ammunition including .45 caliber, .223 caliber, 300 Win, 12-gauge shotgun rounds, 9mm caliber, and other miscellaneous ammunition located in the defendant's red Dodge Dart.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 12th day of January, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge